UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Lonnie Lee Banark,

    Petitioner

v.

Adams, et al.,

    Respondents

2:15-cv-02505-JAD-CWH

**Order Granting Motion for Return of Documents and Exhibits**

[ECF No. 13]

After I denied pro se § 2254 petitioner Lonnie Lee Banark's petition for lack of exhaustion, he submitted this motion requesting that the court return all original documents and exhibits he filed in this action.[1] Banark explains that he neglected to make copies of these documents before mailing them to the court for filing. Because these filings have been imaged and made part of the court's electronic docket, I grant Banark's request. Accordingly,

IT IS HEREBY ORDERED that Banark's motion for the return of all original documents and exhibits **[ECF No. 13] is GRANTED.** The Clerk of Court is directed to SEND to Banark any original hard copies of the documents that he filed in this case that remain in the court's file.

Dated October 26, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 13.